IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

VINCENT MORGAN, PLAINTIFF,

VS. CIVIL ACTION NO. 3:17-CV-102-SA-JMV

SHERIFF K.C. HAMP, ET AL., DEFENDANTS.

### AGREED ORDER DISMISSING PLAINTIFF'S MOTION TO COMPEL AND TO DEEM PLAINTIFF'S REQUEST FOR ADMISSIONS ADMITTED AS MOOT AND GRANTING A TWO DAY EXTENSION TO THE DEADLINE TO FILE MOTIONS FOR JOINDER AND AMENDMENT TO THE PLEADINGS

Presently before the Court is Plaintiff's Motion for Order Compelling Discovery, for Order Deeming Plaintiff's Request for Admissions Admitted and for Order to Extend the Time for Filing of Motions for Joinder and Amendment to the Pleadings. And the Court, having been advised by counsel that the motion is moot insofar as compelling discovery and deeming Request for Admissions admitted, and that the parties have agreed to extend by two days—to Friday, September 15, 2017—the deadline to file motions for joinder or amendment to the pleadings, finds the motions to compel and for deeming Plaintiff's Request for Admissions moot. The Court finds, however, that the motion to extend the deadline for filing motions for joinder and for amendment to the pleadings is hereby granted, and that the deadline for filing of same is hereby extended to Friday, September 15, 2017.

SO ORDERED this the **12** day of September, 2017.

_____
U.S. MAGISTRATE JUDGE

AGREED:

_____
LUCIUS EDWARDS, ATTY. FOR PLAINTIFF

_____
CANDACE WILLIAMSON, ATTY. FOR DEFENDANTS