

**SHERIFF'S OFFICE**

Calvin (K.C.) Hamp, Sr.
SHERIFF
sheriffkchamp@tunicagov.com

5126 OLD MHOON LANDING ROAD • P.O. BOX 25 • TUNICA MISSISSIPPI 38676   PHONE: (662) 363-1411 • FAX: (662) 363-2593 OR 4238

November 8, 2016

Ms. Evelyn McDuffie
Interstate Bail Bonds
8441 Greenbrook Pkwy
Southaven, MS 38671-4213

    RE:    Vincent Morgan

Dear Ms. McDuffie:

Effective immediately, Mr. Vincent Morgan is prohibited from writing bonds at the Tunica County Sheriff's Office. Mr. Morgan will be removed as an agent with Interstate Bails Bond. Your company will remain on the approved bonding roster and continue to write bonds when requested. Once you have designated an agent, you can forward all necessary documentation.

If you have any questions, please contact Warden Reginald Boykin at (662) 363-1411 ext. 3040 or my Executive Administrator Shontina Reed at (662) 363-1411 ext. 3010.

Thanking you in advance for your immediate cooperation in this matter.

Sincerely,

K.C. Hamp, Sr. ~ Sheriff

C:    Ms. Jennifer Williams, Justice Court Clerk
       Ms. Sharon Granberry-Reynolds, Circuit Court Clerk
       File

"EXHIBIT A"