IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

VINCENT MORGAN                                                                                      PLAINTIFF

V.                                                                       CIVIL ACTION NO. 3:17-CV-102-SA-JMV

TUNICA COUNTY SHERIFF K.C. HAMP, and
REGINALD BOYKIN                                                                                  DEFENDANTS

ORDER

For all of the reasons explained in a separate Memorandum Opinion issued this same day, the Court ORDERS the following:

The Defendants' Motion for Summary Judgment [66] is GRANTED in part and DENIED in part. The Plaintiff's First Amendment Claim against Defendant Hamp will proceed to trial. All other claims are DISMISSED with prejudice.

The Plaintiff's Motion for Summary Judgment [50] is DENIED.

The Plaintiff's Motion for Default Judgment [60] is DENIED.

So ORDERED on this the 29th day of May, 2018.

                        /s/ Sharion Aycock
                        UNITED STATES DISTRICT COURT JUDGE